# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ernest Alston and Pamela Alston, | ) |
| Plaintiffs, | ) **ORDER** |
| vs. | ) Case No. 1:19-cv-034 |
| EOG Resources, Inc. and Rebecca Imes, | ) |
| Defendants. | ) |

On September 18, 2019, defendants filed a stipulation to extend the deadline to join additional parties and amend pleadings or defenses from October 1, 2019, to December 1, 2019.

The court **ADOPTS** the parties' stipulation (Doc. 20). The parties shall have until December 1, 2019, to join additional parties and add claims or defenses.

**IT IS SO ORDERED.**

Dated this 19th day of September, 2019.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court