# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ernest Alston and Pamela Alston, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| EOG Resources, Inc. and Rebecca Imes, ) | |
| ) | Case No.: 1:19-cv-034 |
| Defendants. ) | |

The status conference scheduled for October 2, 2019, at 10:00 a.m. will be conducted by telephone. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 24th day of September, 2019.

<u>s/ Clare R. Hochhalter</u><br>
Clare R. Hochhalter, Magistrate Judge<br>
United States District Court