# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Ernest Alston and Pamela Alston, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| EOG Resources, Inc., Wood Group Production and Consulting Services, Inc. n/k/a Wood Group PSN, Inc., and Rebecca Imes, | ) ) ) ) | Case No.1:19-cv-034 |
| | ) | |
| Defendants. | ) | |

The court shall hold a status conference with counsel by telephone on March 31, 2020, at 9:00 AM CDT. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 25th day of March, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court