## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Ernest Alston and Pamela Alston,<br><br>Plaintiffs,<br><br>vs.<br><br>EOG Resources, Inc., Wood Group Production and Consulting Services, Inc. n/k/a Wood Group PSN, Inc., and Rebecca Imes,<br><br>Defendants. | Case No. 1:19-cv-00034 |

## ORDER ADOPTING STIPULATION FOR DISMISSAL

[¶1]   THIS MATTER comes before the Court upon a Stipulation for Dismissal filed on March 1, 2021. See Doc. No. 61. The Parties stipulate to dismiss the Complaint with prejudice and on the merits. Id. The Parties further agree dismissal will be without further costs or disbursements to any party. Id.

[¶2]   Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that this case is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties will bear their own costs and disbursements.

[¶3]   **IT IS SO ORDERED.**

DATED March 4, 2021.

Daniel M. Traynor, District Judge
United States District Court